UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

                                              11-CR-00755 (JFK)

                                              **[PROPOSED]
ORDER FOR INVESTIGATIVE
SERVICES**

RICHARD PEREZ,

           Defendant.
-----------------------------------------------------------------X

       **IT IS HEREBY ORDERED**, that Investigators, J-Star & Associates, shall be permitted to perform investigative services in this case in excess of the permitted $800 cap and receive compensation for such services at the rate of $90.00.

New York, New York
January 29, 2013
Nunc Pro Tunc to September 1, 2012

                                              SO ORDERED:

                                              HONORABLE JOHN F. KEENAN
                                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-13