UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

                                     11-CR-755 (JFK)

                                     **[PROPOSED]**
                                   **ORDER FOR ASSOCIATE**
                                   **HOURS AND COMPENSATION**

RICHARD PEREZ,

                Defendant.
------------------------------------------------------------------X

       **IT IS HEREBY ORDERED**, that Alissa Boshnack shall be permitted to perform substantial work in this case in excess of the permitted $800 cap and receive compensation for such services at the rate of $90.00 an hour for up 10 hours.

New York, New York
July 31, 2013

                                           SO ORDERED:

                                           _____
                                           HONORABLE JOHN F. KEENAN
                                           UNITED STATES DISTRICT JUDGE

[Stamp: RECEIVED JUL 31 2013 JUDGE KEENAN'S CHAMBERS]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7-31-13]