UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

#11 CR 755 (JFK)

-V-

Richard Perez
-------------------------------X

Please be advised that the ~~conference~~ (sentence) scheduled for January 8, 2014 has been rescheduled to January 30, 2014 at 11:30 am.

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
12-2-2013

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-13