**MEMO ENDORSED**

# FISHER, BYRIALSEN & KREIZER, P.L.L.C.
## ATTORNEYS AT LAW

DAVID N. FISHER*
JANE H. FISHER-BYRIALSEN+
DAVID P. KREIZER*

ALISSA M. BOSHNACK
LARA H. WEISSMAN*

JUDD B. SHAW^
OF COUNSEL

291 BROADWAY, SUITE 709
NEW YORK, NEW YORK 10007

TEL: (212) 962-0848
FAX: (212) 577-1178

WWW.FBKLEGAL.COM

482 NOTCH ROAD
WOODLAND PARK, NJ 07424
T: (973) 638-1530
F: (973) 638-1531

*ADMITTED IN NY & NJ
+ ADMITTED IN NY, MD & DC
^ADMITTED IN NJ

December 5, 2013

<u>VIA FIRST CLASS MAIL</u>
Hon. John F. Keenan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re:* <u>United States v. Richard Perez</u> 11-CR-755 (JFK)

Judge Keenan,

    I have been appointed to represent defendant Richard Perez in the above reference matter. Mr. Perez's sentencing is scheduled for January 30, 2013, at 11:30 a.m. On that date I have an oral argument before the Second Circuit in *United States v. Guerrero*, 12-5095, on behalf of my client Edwin Maldonado. (See attached email notification). Therefore, I am requesting an adjournment of Mr. Perez's sentencing. Bad dates for me include February 3, 2014 to February 19, 2014, as I am scheduled to be on trial before Honorable Judge Forrest on those days.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-9-13

Very truly yours,

/s/

Jane H. Fisher-Byrialsen Esq.
Fisher, Byrialsen & Kreizer PLLC

The application is granted. The sentence is adjourned to February 24, 2014 at 10:45 a.m.
SO ORDERED.
Dated: New York, New York
December 9, 2013

John F. Keenan
U.S.D.J.